IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01794-BNB

PHILLIP JEFFERSON,

    Plaintiff,

v.

DISABILITY CENTER FOR INDEPENDENT LIVING, and
CAROL RENYOLDS,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff Phillip Jefferson currently is detained at the Denver County Jail in Denver, Colorado. Mr. Jefferson, acting *pro se*, submitted to the Court a Prisoner Complaint. He also filed a proper Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 that Magistrate Judge Boyd N. Boland granted on August 8, 2011.

Magistrate Judge Boland directed Mr. Jefferson to pay the full amount of the $350.00 filing fee in installments and to pay an initial partial filing fee of $17.00 within thirty days or to show cause why he has no assets and no means to pay the initial fee by filing a current certified copy of his trust fund account statement. The Order warns Mr. Jefferson that if he fails to have the initial partial filing fee sent to the Clerk of the Court by the designated deadline or to show cause why he has no assets and no means by which to pay the initial fee the Complaint would be dismissed without further notice.

Mr. Jefferson now has failed to communicate with the Court. As a result, he has not paid the initial partial filing fee within the time allowed, or in the alternative shown cause why he has no assets and no means by which to pay the designated fee. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for Mr. Jefferson's failure either to pay an initial partial filing fee of $17.00 or to show cause why he has no assets and no means by which to pay the designated fee.

DATED at Denver, Colorado, this 28th day of November, 2011.

BY THE COURT:

s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court